**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-6240

MAURICE BERNARD STEWART, JR.,

                                        Plaintiff - Appellant,

        versus


MISS LEAK, Employee of (Cantine) Private Food
Contractor in Her Official and Personal
Capacity; MARY ANN SAAR, Secretary of State;
WILLIAM W. SONDERVAN, Commissioner of
Corrections; SEWALL SMITH, Warden; TYRONE
CROWDER, Captain; SIMON WAINWRIGHT, Chief of
Security; LONG, Major; PRESBURY, Captain;
DONNA HANSON, Captain; WILSON, Lt.; WISE,
Captain; LAWSON, Lt.; NELSON, Lt.; WOODRUM,
Lt.; STRIKE, Captain; MCFARLAND, Lt.; PARRIS
DAVIS, Lt.; CARTER, Lt.; JEFFERSON, Lt.;
HOLMES, Lt.; PEAY, Lt.; STEWART, Lt.; OWENS,
Lt.,

                                        Defendants - Appellees.


Appeal from the United States District Court for the District of
Maryland, at Baltimore.  J. Frederick Motz, District Judge.  (CA-
03-1686-JFM-1)


Submitted:  June 10, 2004            Decided:  June 17, 2004


Before WILLIAMS and TRAXLER, Circuit Judges, and HAMILTON, Senior
Circuit Judge.


Affirmed by unpublished per curiam opinion.

Maurice Bernard Stewart, Jr., Appellant Pro Se.  David Phelps Kennedy, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Maurice Bernard Stewart, Jr., appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Stewart v. Leak, No. CA-03-1686-JFM-1 (D. Md. Jan. 14, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED